IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BODA G. DRISKILL, )
    Plaintiff, )
)
v. ) Civil Action No. 09-1675
)
COMMISSIONER OF SOCIAL )
SECURITY, )
    Defendant. )

O R D E R

AND NOW, this 26th day of May, 2010, after the plaintiff filed a petition seeking review of the determination of the Commissioner of Social Security denying his claim for a period of disability or for disability insurance benefits, and after the parties submitted cross-motions for summary judgment, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted fourteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the pleadings, the record, and the Report and Recommendation of the Magistrate Judge, which is adopted as the Opinion of this Court,

IT IS ORDERED that the plaintiff's motion for summary judgment (Document No. 12) is denied, that the defendant's motion for summary judgment (Document No. 14) is granted, and that the decision of the Commissioner is affirmed.

_____
United States District Judge